**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KENNETH MARION DUNCAN**                                        **PLAINTIFF**

**v.**                      **Civil No. 05-5066**

**LEE OWENS, Sheriff, Washington**
**County, Arkansas; SGT MUGIE,**
**Head Jailer; and NURSE RHONDA**                      **DEFENDANTS**

### O R D E R

Now on this 17th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #20), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion for Summary Judgment is hereby **granted and this case is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren**
                                                    **HON. JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**